Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# UNITED STATES DISTRICT COURT

for the

*Middle* District of *Florida*

*Jacksonville* Division

2023 MAY -4   AM 11: 17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Mario Goodhigh
_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Mental Health Department.
Centurion Mental Health Department
Medical Department
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   3:23-cv-534-mmH-JBT
_____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                          MARIO Godhigh
All other names by which      MARIO GoDhigh
you have been known:
ID Number                     M28779
Current Institution           SUWANNEE CI
Address                       5984 US HighWAY 90
                              LIVE OAK      FL    32060
                              City          State    Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                          CENTURION MENTAL HEALTH
Job or Title *(if known)*     CENTURION MENTAL HEALTH DEP.
Shield Number
Employer                      SUWANNEE CI
Address                       5984 US HIGHWAY 90.
                              LIVE OAK      FL    32060
                              City          State    Zip Code
☐ Individual capacity    ☑ Official capacity

Defendant No. 2
Name                          MR. Thomas
Job or Title *(if known)*     CORRECTION OFFICER
Shield Number
Employer                      SUWANNEE CI
Address                       5984 US HIGHWAY 90
                              LIVE OAK      FL    32060
                              City          State    Zip Code
☐ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _CENTURION MEDICAL DEP_

Job or Title *(if known)* _____

Shield Number _____

Employer _SUWANNEE C.I._

Address _5984 US HIGHWAY 90_
_LIVE OAK FL 32060_

| City | State | Zip Code |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name _MR. FORESQUE_

Job or Title *(if known)* _CORRECTION OFFICER_

Shield Number _____

Employer _SUWANNEE CI_

Address _5984 US HIGHWAY 90_
_LIVE OAK FL 32060_

| City | State | Zip Code |

☐ Individual capacity    ☑ Official capacity

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Immunities, WAS Abused by DOC. OFFICERS_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *I ADDRESSED the ISSUE*
*THAt I WAS bEiNG SUMPED ON ANd*
*MENtAL HEAlth StAFFS ARE Not*

III.   **Prisoner Status** *QUEStiONiNG thE TWO OFFICERS*
*THAt SUMPED ON ME EARly*

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*: *MOURNiNg ON MEdiCAl*

☐    Pretrial detainee *MOURNiNg ON MEdiCAl*

☐    Civilly committed detainee *ROOM IN H-WiNg*

☐    Immigration detainee *IN fRONt of MOURNiNg*

☑    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner *MEd NURSE ANd*

☐    Other *(explain)* *WhiCh IS AN CONSPIRACY*

IV.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*SUWANNEE CORRECtiONAL INStitU-*
*tiONAL, I WAS HOUSEd IN*
*H- 3/12 SINGlE WHEN I WAS*
*PUllEd oUt*

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_____

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I ADDRESSED AN ISSUE to MENTAL HEALTH STAFFS BECAUSE I'M UNDER MENTAL HEALTH SUPERVISIONS HERE AT SUWANNEE CORRECTIONAL INSTITUTIONAL TCU BUilding of MENTAL HEALTH DEPARTMENT.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

LOSSED lots of WEight 225 to 159 poUNds.
LACK of SLEEp & food

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. FEELS LiKES I WANt To Commit suicide ANd to CAll oUt HERE EVEN to H WiNG officERS to WAtch ME to MAKE SURE I DoNt Kill mySElf. I'M IN IMMINENT DANGER Contact All officers IN H-WiNG.

AND TO THIS COURTS CHII MEMBE to

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

SUWANNEE CI. QUESTION ALL GRIEVANCE

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

PICK UPS AND the WARDEN why there not sending my GRIE

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

VANCES. BACK. AND GRIEVANCE PICK UP EVERY dAY PICKING up

☐ Yes

☐ No

My GRIEVANCE that be OUTSIDE of my CEII dOOR H-3109 SINGIE

E. If you did file a grievance:

1. Where did you file the grievance?

SUWANNEE CI H-wing 3109 SINGIE TCU Building of MENTAI HEALth

2. What did you claim in your grievance?

ON HOW that I was BEING JUMPED EARIY MOURNING BEFORE BREAK

3. What was the result, if any?

fASt. by officers MR. thomas & MR. FORRESUE which IS midnight officers. RESUItS stAffs Dont MAKE ANY RESPONSES BACK ON GRIEVANCES

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

OR NOt AND they had APPROA CEd, IN front of my CEII of H-3109 SINGIE

WANt this UNited stAtes COURtS to HAVE AII stAffs ARRESted that WAS INVOIVEd. REIIEF. THEY NEVER

HACK TO SUPPOSE TO JUMP ON ME IN
THE FIRST PLACE AT ALL.
AND COURTS GIVE ME AN PHONE CONFER
ENCE. PLEASE SO I'll KNOW that this
COURTS RECEIVED this 1983 CIVIL RIGHTS
PACKAGE. $KNOWING that IM
TELLING the truth & 60. million dollars
WHAT PLAINTIFF IS ASKING for DAMAG
ES. AWARDS.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Dismissed without PREJUDICE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☑ Yes

      ☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.    Parties to the previous lawsuit
            Plaintiff(s)    *Mario Dybell Goodhigh*
            Defendant(s)    _____

      2.    Court *(if federal court, name the district; if state court, name the county and State)*
            *United States District Court*
            *Of Florida.*

      3.    Docket or index number
            _____

      4.    Name of Judge assigned to your case
            _____

      5.    Approximate date of filing lawsuit
            _____

      6.    Is the case still pending?

            ☐ Yes

            ☑ No

            If no, give the approximate date of disposition.    _____

      7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
            in your favor? Was the case appealed?)*

            *Dismissed without prejudice*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

     Plaintiff(s)    *MARio DYBEll GoodhiGh*

     Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     *UNitEd StAtES DiSTRict CouRt of FloRidA.*

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?

     ☐ Yes

     ☑ No

     If no, give the approximate date of disposition   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     *DismissEd without pREJUdice*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Im Swearing under Oath.*

Date of signing:  4-29-2023

Signature of Plaintiff  *Mario Dyrell Godhigh*

Printed Name of Plaintiff  MARIO DYRELL Godhigh

Prison Identification #  M28779

Prison Address  5984

LIVE OAK FL 32060
                    City          State      Zip Code

*My Signature is to let this Courts Knows that Im Telling the truth.*

B.    **For Attorneys**

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

_____
City          State      Zip Code

Telephone Number  _____

E-mail Address  _____

Page 11 of 11